IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BRUCE BECKER and LILIANA BECKER, | § § § § |
| Plaintiffs, | § § |
| v. | § § Case No. 6:21-cv-161-JDK-JDL |
| CITIBANK, NA, INC., et al., | § § § |
| Defendants. | § § § |

## ORDER CLOSING CASE

Before the Court is the parties' joint Stipulation of Dismissal with Prejudice (Docket No. 36). As per the stipulation, all claims in this case are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **October, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE